IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03113-RMR-TPO

EINSTEIN BROS. BAGELS FRANCHISE CORPORATION,

Plaintiff,

v.

WALEED MANSOUR;
SUPERWINGS, INC.; and
BAGEL GENIUS, INC.,

Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 15, 2026**.

This matter comes before the Court upon defense counsel's email request to reset the Motion Hearing on Defendants' Motion to Dismiss or to Transfer [ECF 11]. The Motion Hearing, currently set for May 7, 2026, at 2:00 p.m., is hereby **reset** to **May 12, 2026**, at **2:00 p.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.